DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEMETRIUS LAREDO WALKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1291

_____

September 15, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Chris Helinger, Judge.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.